ELIZABETH PAGE *v.* WELFARE COMMISSIONER

The plaintiff's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is granted.

*Norman J. Johnson,* in support of the petition.

*Edward F. Reynolds, Jr.,* assistant attorney general, in opposition.

Submitted January 17—decided January 29, 1975

GERALD R. FAULKNER ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF EAST HARTFORD ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Edward C. Wynne,* in support of the petition.

*Francis C. Vignati* and *Lester S. Fleish,* in opposition.

Submitted January 17—decided January 29, 1975

STATE OF CONNECTICUT *v.* MERRITT E. HURLBURT

The defendant's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Peter J. Zaccagnino, Jr.,* in support of the petition.

*Robert E. Beach, Jr.,* in opposition.

Submitted January 22—decided January 29, 1975